# Court of Appeals
# of the State of Georgia

ATLANTA, __December 17, 2012__

*The Court of Appeals hereby passes the following order:*

**A13I0086.  BRANDON PUTMON v. THE STATE.**

Brandon Putmon filed this application for interlocutory appeal from the trial court's order of February 3, 2012, denying his motion to suppress. The trial court entered a certificate of immediate review on November 6, 2012, 277 days after entry of the trial court's order.  We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within 10 days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that 10-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court did not enter its certificate of immediate review within 10 days of the order Putmon seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __12/17/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*